# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 11, 2020

<u>BY ECF</u>

Honorable John P. Cronan  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

Re:  Marquez de la Cruz et al v. Estrellita Poblana, Inc. et al  
1:20-cv-05437-JPC

Dear Judge Cronan:

We represent Plaintiff in the above-referenced matter. We write with the consent of Defense counsel to respectfully request the initial conference, currently scheduled for December 21, 2020, be adjourned to a later date. This is the first request of its kind. The reason for this request is that Plaintiff's trial counsel has a scheduling conflict on that date.

We thank the Court for its attention to this matter.

Respectfully Submitted,

_____/s/ Michael Faillace  
Michael Faillace & Associates, P.C.  
Attorneys for Plaintiff

Plaintiff's request is GRANTED. The Initial Pretrial Conference scheduled for December 21, 2020, at 11 a.m. is hereby adjourned to February 10, 2021, at 10:30 a.m. Unless the Court directs otherwise, the Court plans to conduct the IPTC by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.  
Date: December 11, 2020  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge