# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

August 6, 2021

<u>Via ECF</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:   Marquez de la Cruz v. La Estrellita Del Sur Restaurant Corp., et al
<u>Docket No.: 20-cv-05437 (GWG)</u>

Your Honor:

My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of August 6, 2021 to August 12, 2021. This is the first request of its kind.

The reason for the within request is that counsel for the parties still need additional time to provide the settlement agreement to our respective clients for their review and signatures.

The parties thank the Court for its time and consideration of this matter.

**Extension to August 12, 2021, granted.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 6, 2021

Respectfully submitted,

/s/ *William K. Oates*
William K. Oates, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

cc:   Benjamin Sharav, Esq. (via ECF)
      *Attorney for Defendants*

*Certified as a minority-owned business in the State of New York*