# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

August 12, 2021

**Via ECF**

Hon. Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re: Marquez de la Cruz v. La Estrellita Del Sur Restaurant Corp., et al  
<u>Docket No.: 20-cv-05437 (GWG)</u>

Your Honor:

My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court for an extension of the deadline to submit the settlement agreement ("agreement") for Court approval, from the current deadline of August 12, 2021 to August 27, 2021. This is the second request of its kind. The Court granted the parties' first request.

The parties have finalized the terms of the Settlement Agreement and Plaintiff has signed the agreement. However, Defendants need additional time to review and sign the agreement because the individual Defendant is currently out of the country.

The parties thank the Court for its time and consideration of this matter.

**Extension to August 27, 2021, granted.**

**So Ordered.**

*[signature]*  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge  
August 12, 2021

Respectfully submitted,

/s/ *William K. Oates*  
William K. Oates, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiff*

cc: Benjamin Sharav, Esq. (via ECF)  
*Attorney for Defendants*

*Certified as a minority-owned business in the State of New York*